1  BETH A. HUBER (SBN 184702)
   THE HUBER LAW FIRM
2  807 E Street
   San Rafael, California  94901
3  Telephone:     (415) 456-4411
   Facsimile:     (415) 453-8269
4  E-mail: bhuber@huberlawfirm.net

5  Attorneys for Plaintiff
   MARY GEORGE TORRES
6
   FRANCIS J. ORTMAN III (SBN 213202)
7  JUSTIN T. CURLEY (SBN 233287)
   SEYFARTH SHAW LLP
8  560 Mission Street, Suite 3100
   San Francisco, California  94105
9  Telephone:     (415) 397-2823
   Facsimile:     (415) 397-8549
10 E-mail: fortman@seyfarth.com
   E-mail: jcurley@seyfarth.com
11
   Attorneys for Defendant
12 COMPASS GROUP USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GEORGE TORRES,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMPASS GROUP USA, INC. dba EUREST DINING SERVICES, and Does 1 through 10 inclusive,<br><br>          Defendants. | Case No. 13-cv-00179-SBA<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO CONDUCT EARLY NEUTRAL EVALUATION**<br><br>Judge:          Hon. Saundra Brown Armstrong<br><br>FAC Filed:           December 12 , 2012<br>FAC Served:        December 13, 2012<br>FAC Removed:     January 14, 2013 |

Plaintiff Mary George Torres ("Plaintiff") and Defendant Compass Group USA, dba Eurest Dining Services ("Compass") (together "Parties"), by and through their respective counsel, hereby agree and stipulate, and jointly request that the Court enter this stipulation as an Order of the Court, as follows:

This matter was referred to Early Neutral Evaluation via court order on April 25, 2014.

1

**Stipulation and [Proposed] Order to Continue ENE Deadline     Case No. 13-cv-00179-SBA**

Under ADR L.R. 5-4(b), any such evaluation must be completed within 90 days which is July 24, 2013.   The parties have stipulated to continue this deadline an additional 45 days or until September 9, 2013 and request this order be entered by the Court.

Good cause exists for this continuance in that the parties have exchanged initial disclosures and a first set of written discovery; however, the parties are continuing to conduct discovery including the exchange of documents and the taking of depositions.  Based upon the service of said requests and the availability of witnesses, such discovery will likely take place during July and August 2013.   Both parties prefer to conduct this initial round of discovery to facilitate the effectiveness of the early neutral evaluation process as both parties presently hope said evaluation will assist in resolving this matter, thus avoiding continued costly litigation.

**IT IS SO STIPULATED:**

DATED: June___, 2013                    THE HUBER LAW FIRM

                                        By _____
                                            Beth A. Huber
                                            Attorneys for Plaintiff
                                            MARY GEORGE TORRES


DATED: June__, 2013                     SEYFARTH SHAW LLP

                                        By _____
                                            Francis J. Ortman III
                                            Justin T. Curley
                                            Attorneys for Defendant
                                            COMPASS GROUP USA, INC.


**IT IS SO ORDERD:**

DATED: June 27,2013                     By _____
                                            Honorable Saundra Brown Armstrong

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## PROOF OF SERVICE

26

I, Elizabeth Erickson, declare:  I am a resident of the United States, over the age of 18
27   years, and not a party to the above captioned suit.  My business address is 807 E Street, San
Rafael, California  94901.  I am readily familiar with my offices' business practices for
28   collection and processing of correspondence.

3

**Stipulation and [Proposed] Order to Continue ENE Deadline     Case No. 13-cv-00179-SBA**

On the date set forth below, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO CONDUCT EARLY NEUTRAL EVALUATION**

X___ (By mail) I caused each of the above document(s) to be placed in a sealed envelope, with postage thereon fully prepaid, to be deposited this date in San Rafael, California addressed to each party or parties at the addresses listed below

____ (By Personal Service) I delivered by hand on this date the above document(s), sealed in an envelope, to the party listed below at the address indicated.

___ (By Overnight Mail) On this date I placed the above document(s) to be picked up by California Overnight, an overnight courier service, to deliver to the party or parties listed below at the address indicated.

__X__ (By Facsimile) I Faxed the above document(s) on this date to the party or parties indicated below at the fax number indicated.

__X__ (By E-Mail) I e-mailed the above document(s) on this date to the party or parties indicated below at the e-mail indicated.

_X__ By PACER electronic service

| | |
|---|---|
| Peter R. Boutin<br>Keesal, Young & Logan<br>450 Pacific Ave.<br>San Francisco, CA  94133<br>E:Mail: peter.boutin@kyl.com | ADR Unit<br>United States District Court<br>Northern District of California<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA  94102<br>Fax: (415) 522-4112 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 26, 2013 at San Rafael, California.

_____
Elizabeth Erickson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28