BETH A. HUBER (SBN 184702)
THE HUBER LAW FIRM
807 E Street
San Rafael, California 94901
Telephone: (415) 456-4411
Facsimile: (415) 453-8269
E-mail: bhuber@huberlawfirm.net

Attorneys for Plaintiff
MARY GEORGE TORRES

FRANCIS J. ORTMAN III (SBN 213202)
JUSTIN T. CURLEY (SBN 233287)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-mail: fortman@seyfarth.com
E-mail: jcurley@seyfarth.com

Attorneys for Defendant
COMPASS GROUP USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GEORGE TORRES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMPASS GROUP USA, INC. dba EUREST DINING SERVICES, and Does 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 13-cv-00179-SBA<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Date:　　　　September 19, 2013<br>Judge:　　　Hon. Saundra Brown Armstrong<br><br>FAC Filed:　　　December 12, 2012<br>FAC Served:　　December 13, 2012<br>FAC Removed:　January 14, 2013<br>Trial Date:　　　July 14, 2014 |

　　Plaintiff Mary Torres ("Plaintiff") and Defendant Compass Group USA, Inc. dba Eurest Dining Services ("Compass" or "Defendant") (together, the "Parties") jointly stipulate that this action is to be dismissed with prejudice pursuant to the parties' settlement of the matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Each party is to bear their own attorneys fees and costs.

1

JOINT STIPULATION TO DISMISS ACTION　　　　　　　　　　Case No. 13-cv-00179-SBA

| | | |
|---|---|---|
| 1 | DATED: September 20, 2013 | THE HUBER LAW FIRM |
| 2 | | |
| 3 | | By ____s/ Beth A. Huber____ |
| 4 | | Beth A. Buber |
| 5 | | Attorneys for Plaintiff<br>MARY GEORGE TORRES |
| 6 | | |
| 7 | DATED: September 20, 2013 | SEYFARTH SHAW LLP |
| 8 | | |
| 9 | | By ____s/ Justin T. Curley____ |
| 10 | | Francis J. Ortman III<br>Justin T. Curley |
| 11 | | Attorneys for Defendant<br>COMPASS GROUP USA, INC. |
| 12 | | |
| 13 | **IT IS SO ORDERED:** | |
| 14 | | UNITED STATES DISTRICT COURT JUDGE |
| 15 | | |
| 16 | DATED: 2/6/2014 | _[signature]_ |
| 17 | | HONORABLE SAUNDRA BROWN ARMSTRONG |

JOINT STIPULATION TO DISMISS ACTION          Case No. 13-cv-00179-SBA

2

## PROOF OF SERVICE

I, Elizabeth Erickson, declare: I am a resident of the United States, over the age of 18 years, and not a party to the above captioned suit. My business address is 807 E Street, San Rafael, California 94901. I am readily familiar with my offices' business practices for collection and processing of correspondence.

On the date set forth below, I served the following document(s):

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AND [PROPOSED] ORDER**

_X__ (By mail) I caused each of the above document(s) to be placed in a sealed envelope, with postage thereon fully prepaid, to be deposited this date in San Rafael, California addressed to each party or parties at the addresses listed below

____ (By Personal Service) I delivered by hand on this date the above document(s), sealed in an envelope, to the party listed below at the address indicated.

____ (By Overnight Mail) On this date I placed the above document(s) to be picked up by California Overnight, an overnight courier service, to deliver to the party or parties listed below at the address indicated.

____ (By E-Mail) I E-Mailed the above document(s) on this date to the party or parties indicated below at the E-Mail address indicated

FRANCIS J. ORTMANN III, ESQ.
JUSTIN T. CURLEY, ESQ.
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
JCurley@seyfarth.com
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on October 3, 2013 at San Rafael, California.

*Elizabeth Erickson*
Elizabeth Erickson

1
Proof